1  **JENNER & BLOCK LLP**
   Kenneth K. Lee (Cal. Bar No. 264296)
2  klee@jenner.com
   633 West 5th Street, Suite 3600
3  Los Angeles, CA 90071
   Telephone:   (213) 239-5100
4  Facsimile:   (213) 239-5199

5  **JENNER & BLOCK LLP**
   Dean N. Panos (to apply *pro hac vice*)
6  dpanos@jenner.com
   353 N. Clark Street
7  Chicago, IL 60654
   Telephone:   (312) 222-9350
8  Facsimile:   (312) 527-0484

9  Attorneys for Defendants Kraft Heinz Company
   (improperly sued as Kraft Heinz Foods Company)

11 [ADDITIONAL COUNSEL ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| GEORGE BRAHLER, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>KRAFT HEINZ FOODS COMPANY,<br><br>　　　　　　　　　　Defendant. | Case No. 2:16-cv-849 KJM EFB<br><br>The Honorable Kimberly J. Mueller<br><br>**JOINT STIPULATION TO STAY AND ORDER** |

STIPULATION TO STAY AND ORDER

# JOINT STIPULATION TO STAY

WHEREAS:

(1) Plaintiff George Brahler filed his Class Action Complaint on April 25, 2016; and

(2) The deadline for Defendant Kraft Heinz Company ("Kraft Heinz") to respond to Plaintiff's Class Action Complaint is June 27, 2016; and

(3) At least twenty other similar complaints have been filed against Kraft Heinz across the country, and plaintiffs in five of those cases filed petitions with the United States Judicial Panel on Multidistrict Litigation (the "JPML") seeking to centralize all of the Parmesan-related lawsuits against Kraft Heinz in a common jurisdiction; and

(4) The JPML has scheduled oral argument on those MDL petitions, *In re: 100% Grated Parmesan Cheese Marketing and Sales Practices Litigation*, MDL No. 2705; *In re: Kraft 100% Grated Parmesan Cheese Marketing and Sales Practices Litigation*, MDL No. 2707, as well as a related MDL petition, *In re: Walmart Great Value 100% Grated Parmesan Cheese Marketing and Sales Practices Litigation*, MDL NO. 2708, on May 26, 2016 and will likely issue its decision regarding centralization in June 2016; and

(5) In light of the petitions before the JPML and the potential need to coordinate the related cases, the parties agree that a brief stay of proceedings pending the JPML's decision is appropriate because it would avoid the need for unnecessary and duplicative discovery and motion practice by the parties and conserve valuable judicial resources;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel of record that this case be STAYED pending the JPML's ruling on MDL Petitions 2705, 2707, and 2708.  The parties shall submit a joint status report to this Court within five (5) days of the JPML's ruling.

DATED: May 9, 2016          KELLER ROHRBACK LLP

By:     /s/   Matthew J. Preusch

1
STIPULATION TO STAY AND [~~PROPOSED~~] ORDER

|   |   |   |
|---|---|---|
| | | Matthew J. Preusch |
| | | Attorneys for Plaintiff<br>George Brahler |

DATED: May 9, 2016      JENNER & BLOCK LLP

By:    /s/    Kenneth K. Lee
              Kenneth K. Lee

Attorneys for Defendant
Kraft Heinz Company

## **ORDER**

Good cause appearing, the court GRANTS the parties' stipulation to stay the case pending the JPML's ruling on MDL Petitions 2705, 2707, and 2708 (ECF No. 12). The parties shall submit a joint status report to this court within five (5) days of the JPML's ruling.

IT IS SO ORDERED.

Dated: May 16, 2016

UNITED STATES DISTRICT JUDGE